

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE E. PINEDA PAZ, | § | No. 08-23-00296-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 13 |
| THE STATE OF TEXAS, | § | of Bexar County, Texas |
| Appellee. | § | Cause No. 709327 |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JULY 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.